Melissa KENNEDY, as Next Friend for, Michael Dan Kennedy, Petitioners–Appellants,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.

No. 2011–5106.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2012.

Andrew D. Downing, Rhodes, Hieronymus, Jones, Tucker & Gable, of Tulsa,

Oklahoma, argued for petitioners-appellants.

Michael P. Milmoe, Senior Trial Counsel, Torts Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondentappellee. With him on the brief Tony West, Assistant Attorney General, Mark W. Rogers, Acting Director, Vincent J. Matanoski, Acting Deputy Director, and Catharine E. Reeves, Assistant Director.

NEWMAN, CLEVENGER, and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**